**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6813**

LARRY WILLIAMS,

    Plaintiff - Appellant,

    v.

SCOTT B. LEWIS; SUSAN M. DUFFY; FELICIA OGUNSILE; ADAM T. BRADBURN; CAPTAIN LANE; OFFICER BUTLER, Unit Counselor; WARDEN GLAND,

    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Mary G. Lewis, District Judge.  (5:19-cv-00182-MGL)

Submitted:  September 24, 2020                  Decided:  September 29, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry Williams, Appellant Pro Se.  Michael Todd Smith, LOGAN, JOLLY & SMITH, LLP, Anderson, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Williams appeals the district court's order accepting the recommendation of the magistrate judge, dismissing Williams' 42 U.S.C. § 1983 claim for failure to exhaust administrative remedies, and declining to exercise supplemental jurisdiction over Williams' remaining state law claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Lewis*, No. 5:19-cv-00182-MGL (D.S.C. May 19, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*